UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUY HOANG LE,

    Plaintiff,

v.

FIELD OFFICE DIRECTOR, SAN FRANCISCO FIELD OFFICE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

    Defendants.

Case No. 24-cv-06162-SVK

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges the lawfulness of his continued detention by the Department of Immigration and Customs Enforcement ("ICE") pending his removal to Vietnam. Jurisdiction for habeas petitions by an ICE detainee challenging the lawfulness of their present detention lies only in the district of confinement. *Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024) (holding petition by immigration detainee challenging his detention is a "core habeas petition" that must be filed in the district of confinement under *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). Petitioner is detained by ICE at the Mesa Verde Processing Center in Bakersfield, California. Therefore, this action is TRANSFERRED to the Eastern District of California. 28 U.S.C. §§ 84(b), 1404(a), 2241(d). The Clerk shall transfer this action forthwith.

**SO ORDERED.**

Dated: October 16, 2024

_____
Susan van Keulen
United States Magistrate Judge