# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY HOANG LE,<br><br>  Petitioner,<br><br>  v.<br><br>MESA VERDE ICE PROCESSING CENTER FACILITY ADMINISTRATOR,<br><br>  Respondent. | Case No. 1:24-cv-01272-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION<br><br>ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY COURT ORDER |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 2, 2024, this Court ordered that within sixty days of the date of service of the order, Respondent was to file a response to the petition. (ECF No. 19.) To date, Respondent has not filed a response to the petition, and the time for doing so has passed. Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Within **seven (7) days** of the date of service of this order, Respondent SHALL FILE a response to the petition; and
2. Within **seven (7) days** of the date of service of this order, Respondent SHALL SHOW CAUSE why sanctions should not be imposed for failure to obey the Court's December 2, 2024 order.

IT IS SO ORDERED.

Dated:   **February 4, 2025**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE