# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUY HOANG LE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MESA VERDE ICE PROCESSING CENTER FACILITY ADMINISTRATOR,<br><br>　　　　Respondent. | Case No. 1:24-cv-01272-EPG-HC<br><br>ORDER DISCHARGING FEBRUARY 4, 2025 ORDER TO SHOW CAUSE<br><br>(ECF No. 21) |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 2, 2024, this Court ordered that within sixty days of the date of service of the order, Respondent was to file a response to the petition. (ECF No. 19.) As Respondent failed to file a response in a timely manner, on February 4, 2025, the Court ordered Respondent to show cause why sanctions should not be imposed for failure to comply with the Court's order. (ECF No. 21.) On February 5, 2025, Respondent filed a response, informing the Court that the failure was unintentional and due to an error in day-calculation assessment. (ECF No. 23.) Based on the foregoing, the Court will decline to impose sanctions.

///

///

1

1  Accordingly, IT IS HEREBY ORDERED that the February 4, 2025 order to show cause
2 (ECF No. 21) is DISCHARGED.

IT IS SO ORDERED.

Dated: **February 6, 2025**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2